# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**KENROY TAYLOR,**

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF NEW HAVEN, ET AL.,**

CASE NUMBER: **3:22−CV−00533−AWT**

TO: **Christopher Cameron, Carlos Conceica, Louis Decrescenzo, Renee Dominguez, Edward Dunford, Martin Feliciano, City of New Haven, Mark O'Neil, Otoneil Reyes, Stephen Torquati**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cameron Lee Atkinson**
**Pattis & Smith, LLC**
**383 Orange Street**
**New Haven, CT 06511**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − L. LaLone**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022−04−13 13:18:19**, Clerk USDC CTD

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_________________________________
was received by me on *(date)* ____________________________.

☐ I personally served the summons on the individual at *(place)* ___________________________
________________________________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________________ , a person of suitable age and discretion who resides there,
on *(date)* __________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*____________
_______________________________________ on *(date)* __________________ ; or

☐ I returned the summons unexecuted because _______________________________________
________________________________________________________________________ ; or

☐ Other *(specify)* ______________________________________________________________
__________________________________________________________________________
__________________________________________________________________________

My fees are $_______ for travel and $ ___________for services, for a total of $_________0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

________________________________
Servers signature

________________________________
Printed name and title

________________________________
Servers address

Additional information regarding attempted service, etc: